

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-19-00032-CR

## EX PARTE TARUN BHARDWAJ

---

## Original Proceeding

---

## O R D E R

---

Dr. Tarun Bhardwaj's application for Writ of Habeas Corpus was filed on January 28, 2019. It was not properly served. *See* TEX. R. APP. P. 9.5. A copy of the application is included with this order.

It is unclear from the application if this proceeding is civil or criminal. That determination may impact whether we have jurisdiction. The State has filed a motion to dismiss the application for writ of habeas corpus on the ground that we do not have jurisdiction of a pretrial writ in a criminal proceeding. While we have docketed this proceeding as a criminal proceeding, that is not a final determination.

Accordingly, the Court requests from the State a response which includes a full discussion of the authority the Court may have regarding Bhardwaj's complaint

depending on whether his detention is civil or criminal and of the facts necessary to make that determination. The State's response should specifically address the State's ability to keep Bhardwaj in custody pursuant to a pending criminal indictment when Bhardwaj has been determined to be incompetent to stand trial and whether, and at what point, that confinement converts from criminal to a civil confinement, if at all. In addition to the Court's jurisdiction, if any, to consider Bhardwaj's application, the State should address the procedure this Court should use to address the application or this situation as presented. The State's response is due 35 days from the date of this order.

Additionally, a response is requested from Bhardwaj to the State's motion to dismiss. Bhardwaj's response is due 35 days from the date of this order. Specifically, Bhardwaj should address the proper characterization of the application, as civil or criminal, and this Court's jurisdiction to issue the writ and the procedure to be utilized to consider it.

PER CURIAM

Before Chief Justice Gray, and
      Justice Davis
Response requested
Order issued and filed February 13, 2019

